1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICARDO RUBIO,                          No.  2:20-cv-1882-JDP (PC)

12              Plaintiff,

13         v.                                 ORDER TRANSFERRING THE CASE TO
                                              THE UNITED STATES DISTRICT COURT
14    RALPH DIAZ, et al.,                     FOR THE CENTRAL DISTRICT OF
                                              CALIFORNIA
15              Defendants.
                                              ECF No. 1
16

17         Plaintiff, a prisoner proceeding without counsel, brings this civil rights action under

18    42 U.S.C. § 1983.  For cases such as this, which are based on federal question jurisdiction, the

19    federal venue statute requires that the action be brought only in (1) a judicial district where any

20    defendant resides, if all defendants reside in the same State, (2) a judicial district in which a

21    substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

22    of property that is the subject of the action is situated, or (3) a judicial district in which any

23    defendant may be found, if there is no district in which the action may otherwise be brought.  *See*

24    28 U.S.C. § 1391(b).  Here, the claims arose in Riverside County, which is within the boundaries

25    of the United States District Court for the Central District of California. Therefore, the court finds

26    that this action most appropriately proceeds in that district.  *See* 28 U.S.C. § 1406(a).

27         Accordingly, it is hereby ordered that this matter is transferred to the United States

28    District Court for the Central District of California.

1

IT IS SO ORDERED.

Dated:    December 8, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE